# Exhibit B

STATE OF NEW YORK
SUPREME COURT       COUNTY OF ONONDAGA

---

PATRICIA ARNOLD,

                    Plaintiff,

-vs-

TOWN OF CAMILLUS, NEW YORK, ET AL.,

                    Defendants.

**AFFIDAVIT OF SERVICE**

Index No.: 006548/2020

---

State of New York )
County of Oneida  ) ss.:

    Anthony J. Fernicola, being duly sworn, deposes and says:

    That I am not a party to this action, that I am over 18 years of age and reside in the State of New York.

    That on the 15th day of October 2020, I served Defendant Town of Camillus, New York with the Summons and Complaint and Notice of Motion for Declaratory Relief and Leave to Serve a Late Notice of Claim, with its supporting papers, in the above captioned matter by leaving same to and delivering with the following person:

    Name:      Martha Dickson-McMahon, Town Clerk
    Location:   Town of Camillus Municipal Office Building
                    4600 West Genesee Street
                    Syracuse, New York 13219
    Date & Time: October 15, 2020 at 12:45 p.m.

                                      _____
                                      Anthony J. Fernicola

Sworn to before me this
the 16th day of October, 2020

_____
Notary Public
    NICOLE M. CRUZ
NOTARY PUBLIC-STATE OF NEW YORK
     No. 01CR6395131
   Qualified in Oneida County
My Commission Expires 07-22-23

STATE OF NEW YORK
SUPREME COURT         COUNTY OF ONONDAGA

PATRICIA ARNOLD,

                    Plaintiff,

   -vs-                                                     **AFFIDAVIT OF SERVICE**

TOWN OF CAMILLUS, NEW YORK, ET AL.,                    Index No.: 006548/2020

                    Defendants.

State of New York )
County of Oneida  ) ss.:

      Anthony J. Fernicola, being duly sworn, deposes and says:

      That I am not a party to this action, that I am over 18 years of age and reside in the State of New York.

      That on the 15th day of October 2020, I served Defendant Mary Ann Coogan with the Summons and Complaint and Notice of Motion for Declaratory Relief and Leave to Serve a Late Notice of Claim, with its supporting papers, in the above captioned matter by leaving same to and delivering with the following person:

      Name:         Martha Dickson-McMahon, Town Clerk
      Location:     Town of Camillus Municipal Office Building
                    4600 West Genesee Street
                    Syracuse, New York 13219
      Date & Time:  October 15, 2020 at 12:45 p.m.

      That on October 16, 2020, service of the Summons and Complaint on Defendant Coogan was completed by mailing a true copy of said Summons and Complaint to her at the above address in a 1st class postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

      The envelope was marked "Personal and Confidential" and did not indicate that the communication was from an attorney or concerned an action against the person served.

Anthony J. Fernicola

Sworn to before me this
the 16th day of October, 2020

Notary Public

NICOLE M. CRUZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CR6395131
Qualified in Oneida County
My Commission Expires 07-22-23

STATE OF NEW YORK
SUPREME COURT        COUNTY OF ONONDAGA

---

PATRICIA ARNOLD,

                       Plaintiff,

-vs-                                    **AFFIDAVIT OF SERVICE**

TOWN OF CAMILLUS, NEW YORK, ET AL.,    Index No.: 006548/2020

                       Defendants.

---

State of New York )
County of Oneida ) ss.:

    Anthony J. Fernicola, being duly sworn, deposes and says:

    That I am not a party to this action, that I am over 18 years of age and reside in the State of New York.

    That on the 15th day of October 2020, I served Defendant David Callahan with the Summons and Complaint and Notice of Motion for Declaratory Relief and Leave to Serve a Late Notice of Claim, with its supporting papers, in the above captioned matter by leaving same to and delivering with the following person:

| | |
|---|---|
| Name: | Martha Dickson-McMahon, Town Clerk |
| Location: | Town of Camillus Municipal Office Building |
| | 4600 West Genesee Street |
| | Syracuse, New York 13219 |
| Date & Time: | October 15, 2020 at 12:45 p.m. |

    That on October 16, 2020, service of the Summons and Complaint on Defendant Callahan was completed by mailing a true copy of said Summons and Complaint to him at the above address in a 1st class postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    The envelope was marked "Personal and Confidential" and did not indicate that the communication was from an attorney or concerned an action against the person served.

_____
Anthony J. Fernicola

Sworn to before me this
the 16th day of October, 2020

_____
Notary Public

NICOLE M. CRUZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CR6395131
Qualified in Oneida County
My Commission Expires 07-22-23

STATE OF NEW YORK
SUPREME COURT          COUNTY OF ONONDAGA

PATRICIA ARNOLD,

                    Plaintiff,

   -vs-

TOWN OF CAMILLUS, NEW YORK, ET AL.,

                    Defendants.

**AFFIDAVIT OF SERVICE**

Index No.: 006548/2020

State of New York )
County of Oneida  ) ss.:

    Anthony J. Fernicola, being duly sworn, deposes and says:

    That I am not a party to this action, that I am over 18 years of age and reside in the State of New York.

    That on the 15th day of October 2020, I served Defendant Joy Flood with the Summons and Complaint and Notice of Motion for Declaratory Relief and Leave to Serve a Late Notice of Claim, with its supporting papers, in the above captioned matter by leaving same to and delivering with the following person:

    Name:        Martha Dickson-McMahon, Town Clerk
    Location:     Town of Camillus Municipal Office Building
                    4600 West Genesee Street
                    Syracuse, New York 13219
    Date & Time: October 15, 2020 at 12:45 p.m.

    That on October 16, 2020, service of the Summons and Complaint on Defendant Flood was completed by mailing a true copy of said Summons and Complaint to her at the above address in a 1st class postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    The envelope was marked "Personal and Confidential" and did not indicate that the communication was from an attorney or concerned an action against the person served.

_____
Anthony J. Fernicola

Sworn to before me this
the 16th day of October, 2020

_____
Notary Public

NICOLE M. CRUZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CR6395131
Qualified in Oneida County
My Commission Expires 07-22-23

STATE OF NEW YORK
SUPREME COURT        COUNTY OF ONONDAGA

PATRICIA ARNOLD,

                            Plaintiff,

  -vs-

TOWN OF CAMILLUS, NEW YORK, ET AL.,

                          Defendants.

**AFFIDAVIT OF SERVICE**

Index No.: 006548/2020

State of New York )
County of Oneida ) ss.:

      Anthony J. Fernicola, being duly sworn, deposes and says:

      That I am not a party to this action, that I am over 18 years of age and reside in the State of New York.

      That on the 15th day of October 2020, I served Defendant Dick Griffo with the Summons and Complaint and Notice of Motion for Declaratory Relief and Leave to Serve a Late Notice of Claim, with its supporting papers, in the above captioned matter by leaving same to and delivering with the following person:

| | |
|---|---|
| Name: | Martha Dickson-McMahon, Town Clerk |
| Location: | Town of Camillus Municipal Office Building<br>4600 West Genesee Street<br>Syracuse, New York 13219 |
| Date & Time: | October 15, 2020 at 12:45 p.m. |

      That on October 16, 2020, service of the Summons and Complaint on Defendant Griffo was completed by mailing a true copy of said Summons and Complaint to him at the above address in a 1st class postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

      The envelope was marked "Personal and Confidential" and did not indicate that the communication was from an attorney or concerned an action against the person served.

_____
Anthony J. Fernicola

Sworn to before me this
the 16th day of October, 2020

_____
Notary Public

NICOLE M. CRUZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CR6395131
Qualified in Oneida County
My Commission Expires 07-22-23

FILED: ONONDAGA COUNTY CLERK 10/16/2020 04:49 PM                INDEX NO. 006548/2020
NYSCEF DOC. NO. 14                                             RECEIVED NYSCEF: 10/16/2020

STATE OF NEW YORK
SUPREME COURT        COUNTY OF ONONDAGA

PATRICIA ARNOLD,

                Plaintiff,

   -vs-

TOWN OF CAMILLUS, NEW YORK, ET AL.,

                Defendants.

**AFFIDAVIT OF SERVICE**

Index No.: 006548/2020

State of New York )
County of Oneida  ) ss.:

       Anthony J. Fernicola, being duly sworn, deposes and says:

       That I am not a party to this action, that I am over 18 years of age and reside in the State of New York.

       That on the 15th day of October 2020, I served Defendant Steven James with the Summons and Complaint and Notice of Motion for Declaratory Relief and Leave to Serve a Late Notice of Claim, with its supporting papers, in the above captioned matter by leaving same to and delivering with the following person:

| | |
|---|---|
| Name: | Martha Dickson-McMahon, Town Clerk |
| Location: | Town of Camillus Municipal Office Building |
| | 4600 West Genesee Street |
| | Syracuse, New York 13219 |
| Date & Time: | October 15, 2020 at 12:45 p.m. |

       That on October 16, 2020, service of the Summons and Complaint on Defendant James was completed by mailing a true copy of said Summons and Complaint to him at the above address in a 1st class postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

       The envelope was marked "Personal and Confidential" and did not indicate that the communication was from an attorney or concerned an action against the person served.

_____
Anthony J. Fernicola

Sworn to before me this
the 16th day of October, 2020

_____
Notary Public

NICOLE M. CRUZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CR6395131
Qualified in Oneida County
My Commission Expires 07-22-23

STATE OF NEW YORK
SUPREME COURT         COUNTY OF ONONDAGA

PATRICIA ARNOLD,

                    Plaintiff,                     **AFFIDAVIT OF SERVICE**

  -vs-                                              Index No.: 006548/2020

TOWN OF CAMILLUS, NEW YORK, ET AL.,

                    Defendants.

State of New York )
County of Oneida ) ss.:

    Anthony J. Fernicola, being duly sworn, deposes and says:

    That I am not a party to this action, that I am over 18 years of age and reside in the State of New York.

    That on the 15th day of October 2020, I served Defendant Mike LaFlair with the Summons and Complaint and Notice of Motion for Declaratory Relief and Leave to Serve a Late Notice of Claim, with its supporting papers, in the above captioned matter by leaving same to and delivering with the following person:

        Name:        Martha Dickson-McMahon, Town Clerk
        Location:    Town of Camillus Municipal Office Building
                     4600 West Genesee Street
                     Syracuse, New York 13219
        Date & Time: October 15, 2020 at 12:45 p.m.

    That on October 16, 2020, service of the Summons and Complaint on Defendant LaFlair was completed by mailing a true copy of said Summons and Complaint to him at the above address in a 1st class postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    The envelope was marked "Personal and Confidential" and did not indicate that the communication was from an attorney or concerned an action against the person served.

Anthony J. Fernicola

Sworn to before me this
the 16th day of October, 2020

Notary Public

NICOLE M. CRUZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CR6395131
Qualified in Oneida County
My Commission Expires 07-22-23

FILED: ONONDAGA COUNTY CLERK 10/16/2020 04:51 PM                INDEX NO. 006548/2020
NYSCEF DOC. NO. 16                                               RECEIVED NYSCEF: 10/16/2020

STATE OF NEW YORK
SUPREME COURT        COUNTY OF ONONDAGA

PATRICIA ARNOLD,

                Plaintiff,                    **AFFIDAVIT OF SERVICE**

-vs-
                                                Index No.: 006548/2020

TOWN OF CAMILLUS, NEW YORK, ET AL.,

                Defendants.

State of New York )
County of Oneida  ) ss.:

        Anthony J. Fernicola, being duly sworn, deposes and says:

        That I am not a party to this action, that I am over 18 years of age and reside in the State of New York.

        That on the 15th day of October 2020, I served Defendant Mary Luber with the Summons and Complaint and Notice of Motion for Declaratory Relief and Leave to Serve a Late Notice of Claim, with its supporting papers, in the above captioned matter by leaving same to and delivering with the following person:

        Name:        Martha Dickson-McMahon, Town Clerk
        Location:    Town of Camillus Municipal Office Building
                          4600 West Genesee Street
                          Syracuse, New York 13219
        Date & Time: October 15, 2020 at 12:45 p.m.

        That on October 16, 2020, service of the Summons and Complaint on Defendant Luber was completed by mailing a true copy of said Summons and Complaint to her at the above address in a 1st class postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

        The envelope was marked "Personal and Confidential" and did not indicate that the communication was from an attorney or concerned an action against the person served.

Anthony J. Fernicola

Sworn to before me this
the 16th day of October, 2020

Notary Public

NICOLE M. CRUZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CR6395131
Qualified in Oneida County
My Commission Expires 07-22-23

STATE OF NEW YORK
SUPREME COURT     COUNTY OF ONONDAGA

PATRICIA ARNOLD,

                Plaintiff,

-vs-                                        **AFFIDAVIT OF SERVICE**

TOWN OF CAMILLUS, NEW YORK, ET AL.,     Index No.: 006548/2020

                Defendants.

State of New York )
County of Oneida ) ss.:

        Anthony J. Fernicola, being duly sworn, deposes and says:

        That I am not a party to this action, that I am over 18 years of age and reside in the State of New York.

        That on the 15th day of October 2020, I served Defendant Thomas Winn with the Summons and Complaint and Notice of Motion for Declaratory Relief and Leave to Serve a Late Notice of Claim, with its supporting papers, in the above captioned matter by leaving same to and delivering with the following person:

        Name:         Thomas Winn, Police Chief
        Location:      Town of Camillus Municipal Office Building
                           4600 West Genesee Street
                         Syracuse, New York 13219
        Date & Time: October 15, 2020 at 12:50 p.m.

                                                      Anthony J. Fernicola

Sworn to before me this
the 16th day of October, 2020

Notary Public

NICOLE M. CRUZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CR6395131
Qualified in Oneida County
My Commission Expires 07-22-23

TO: AJ Bosman, Esq.
Bosman Law, L.L.C.
3000 McConnellsville Road
Blossvale, NY 13308

FILED: ONONDAGA COUNTY CLERK 10/16/2020 04:54 PM    INDEX NO. 006548/2020
NYSCEF DOC. NO. 18                                  RECEIVED NYSCEF: 10/16/2020

STATE OF NEW YORK
SUPREME COURT     COUNTY OF ONONDAGA

---

PATRICIA ARNOLD,

                    Plaintiff,

-vs-                                              **AFFIDAVIT OF SERVICE**

TOWN OF CAMILLUS, NEW YORK, ET AL.,               Index No.: 006548/2020

                    Defendants.

---

State of New York )
County of Oneida ) ss.:

    Anthony J. Fernicola, being duly sworn, deposes and says:

    That I am not a party to this action, that I am over 18 years of age and reside in the State of New York.

    That on the 15th day of October 2020, I served Defendant James Nightingale with the Summons and Complaint and Notice of Motion for Declaratory Relief and Leave to Serve a Late Notice of Claim, with its supporting papers, in the above captioned matter by leaving same to and delivering with the following person:

    Name:        Thomas Winn, Police Chief
    Location:     Town of Camillus Municipal Office Building
                      4600 West Genesee Street
                      Syracuse, New York 13219
    Date & Time: October 15, 2020 at 12:50 p.m.

    That on October 16, 2020, service of the Summons and Complaint on Defendant Nightingale was completed by mailing a true copy of said Summons and Complaint to him at the above address in a 1st class postpaid properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    The envelope was marked "Personal and Confidential" and did not indicate that the communication was from an attorney or concerned an action against the person served.

_____
Anthony J. Fernicola

Sworn to before me this
the 16th day of October, 2020

_____
Notary Public

NICOLE M. CRUZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CR6395131
Qualified in Oneida County
My Commission Expires 07-22-23