# Exhibit C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PATRICIA ARNOLD,

        Plaintiff,

    v.           **DEFENDANTS' CONSENT TO REMOVAL**

TOWN OF CAMILLUS, NEW YORK; POLICE CHIEF THOMAS WINN; CAPTAIN JAMES NIGHTINGALE; TOWN SUPERVISOR MARY ANN COOGAN; DAVID CALLAHAN; JOY FLOOD; DICK GRIFFO; STEVEN JAMES; MIKE LaFLAIR; MARY LUBER; and JOHN DOE(S) AND JANE DOE(S), in their individual and official capacities as officials, officers, agents, employees, and/or representatives of the TOWN OF CAMILLUS and/or THE CAMILLUS POLICE DEPARTMENT,

        Defendants.

Each of the undersigned Defendants named in the matter of *Patricia Arnold v. Town of Camillus, New York, Police Chief Thomas Winn, Capitan James Nightingale, Town Supervisor Mary Ann Coogan, David Callahan, Joy Flood, Dick Griffo, Steven James, Mike LaFlair, and Mary Luber*, originally filed in the Supreme Court of the State of New York, County of Onondaga, Index No. 006548/2020, and by their dated signature below, is aware of, approve of, and consent to the removal of the above-stated action from state court to the United States District Court for the Northern District of New York. This consent is given by each defendant in his/her individual and official capacity.

TOWN OF CAMILLUS:

By: /s/ Mary Ann Coogan        Dated: 10/27/20
  Mary Ann Coogan
  Town Supervisor

3633459.1 10/27/2020

_____
Thomas Winn

Dated: 10-27-2020

_____
James Nightingale

Dated: 10-27-2020

_____
David Callahan

Dated: 10/27/20

_____
Mary Ann Coogan

Dated: 10/27/20

_____
Dick Griffo

Dated: 10-27-20

_____
Joy Flood

Dated: 10/27/20

_____
Mike LaFlair

Dated: 10/27/2020

_____
Steven James

Dated: 10/27/20

_____
Mary Luber

Dated: 10/27/2020