UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PATRICIA ARNOLD,

                Plaintiff,

v.

TOWN OF CAMILLUS, NEW YORK; POLICE CHIEF THOMAS WINN; CAPTAIN JAMES NIGHTINGALE; TOWN SUPERVISOR MARY ANN COOGAN; DAVID CALLAHAN; JOY FLOOD; DICK GRIFFO; STEVEN JAMES; MIKE LaFLAIR; MARY LUBER; and JOHN DOE(S) AND JANE DOE(S), in their individual and official capacities as officials, officers, agents, employees, and/or representatives of the TOWN OF CAMILLUS and/or THE CAMILLUS POLICE DEPARTMENT,

                Defendants.

**CERTIFICATE OF SERVICE**

5:20-cv-1364 (MAD/ML)

    I certify that on the 4th day of November, 2020 a true and correct copy of the Joint Notice of Removal with annexed exhibits was served upon the following Plaintiff via Electronic Mail and First Class U.S. Mail addressed as follows:

        AJ BOSMAN, ESQ.
        Bosman Law L.L.C.
        3000 McConnellsville Road
        Blossvale, New York 13308
        aj@bosmanlawfirm.com

        Attorneys for Plaintiff Patricia Arnold

                              /s/ Kseniya Premo
                              Kseniya Premo (513773)