SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA

PATRICIA ARNOLD,

                    Plaintiff,

v.

TOWN OF CAMILLUS, NEW YORK; POLICE CHIEF THOMAS WINN; CAPTAIN JAMES NIGHTINGALE; TOWN SUPERVISOR MARY ANN COOGAN; DAVID CALLAHAN; JOY FLOOD; DICK GRIFFO; STEVEN JAMES; MIKE LaFLAIR; MARY LUBER; and JOHN DOE(S) AND JANE DOE(S), in their individual and official capacities as officials, officers, agents, employees, and/or representatives of the TOWN OF CAMILLUS and/or THE CAMILLUS POLICE DEPARTMENT,

                    Defendants.

**NOTICE TO CLERK OF REMOVAL**

TO:    CLERK OF THE SUPREME COURT, ONONDAGA COUNTY

       **PLEASE TAKE NOTICE** that Defendants, Town of Camillus, New York, Police Chief Thomas Winn, Captain James Nightingale, Town Supervisor Mary Ann Coogan, David Callahan, Joy Flood, Dick Griffo, Steven James, Mike LaFlair, and Mary Luber in the above-captioned action have filed the annexed Notice of Removal of this action to the United States District Court for the Northern District of New York. In accordance with 28 U.S.C. § 1446(d), the Notice of Removal has effectuated the removal of this action from this Court to the United States District Court for the Northern District of New York.

Dated: November 4, 2020                BOND, SCHOENECK & KING, PLLC

                                                      By: */s/ David M. Ferrara, Esq.*
                                                             David M. Ferrara, Esq.
                                                              Kseniya Premo, Esq.
                                               One Lincoln Center
                                               Syracuse, NY 13202
                                               Telephone: (315) 218-8000
                                               Fax: (315) 218-8100

                                               *Attorneys for Defendant*

TO: AJ Bosman, Esq.
Bosman Law, L.L.C.
3000 McConnellsville Road
Blossvale, NY 13308

3633485.1 11/2/2020