SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ONONDAGA

PATRICIA ARNOLD,

                Plaintiff,

v.                                                                    **CERTIFICATE OF SERVICE**

TOWN OF CAMILLUS, NEW YORK; POLICE CHIEF THOMAS WINN; CAPTAIN JAMES NIGHTINGALE; TOWN SUPERVISOR MARY ANN COOGAN; DAVID CALLAHAN; JOY FLOOD; DICK GRIFFO; STEVEN JAMES; MIKE LaFLAIR; MARY LUBER; and JOHN DOE(S) AND JANE DOE(S), in their individual and official capacities as officials, officers, agents, employees, and/or representatives of the TOWN OF CAMILLUS and/or THE CAMILLUS POLICE DEPARTMENT,

                Defendants.

    I certify that on the 4th day of November, 2020 a true and correct copy of the Notice to Clerk of Removal was served upon the following Plaintiff via Electronic Mail and First Class U.S. Mail addressed as follows:

                AJ BOSMAN, ESQ.
                Bosman Law L.L.C.
                3000 McConnellsville Road
                Blossvale, New York 13308
                aj@bosmanlawfirm.com

                Attorneys for Plaintiff Patricia Arnold

                                      /s/ Kseniya Premo
                                      Kseniya Premo (513773)