

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**KSENIYA PREMO, ESQ.**
kpremo@bsk.com
P: 315.218.8171
F: 315.218.8100

December 16, 2021

<u>**VIA ECF**</u>

Honorable Mae A. D'Agostino
U.S. District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

Re:   *Patricia Arnold v. Town of Camillus, et al.*
      *Civil Action No. 5:20-cv-01364 (MAD/ML)*

Dear Judge D'Agostino:

Defendants submit this status report pursuant to the text order entry dated September 20, 2021. On July 16, 2021, this Court remanded Plaintiff's New York State Human Rights Law ("NYSHRL") claims and her tort claims to the New York State Supreme Court, Onondaga County ("State Court") to adjudicate Plaintiff's application to serve a late notice of claim. On the same day Plaintiff renewed her motion for leave to serve a late notice of claim before the State Court. On September 15, 2021, Defendants opposed Plaintiff's motion and both parties appeared for an oral argument before Judge Lamendola on December 2, 2021. The parties are currently awaiting adjudication of Plaintiff's motion for leave to serve a late notice of claim. Pursuant to this Court's text order entry dated July 20, 2021 this case is stayed pending the resolution of the notice of claim issue in the State Court.

Respectfully,

BOND, SCHOENECK & KING, PLLC

Kseniya Premo
KP/mam

cc:   A.J. Bosman, Esq. (via CM/ECF)

13089097.1 9/16/2021

Attorneys At Law | A Professional Limited Liability Company