UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

PATRICIA ARNOLD,

                Plaintiff,

        v.

TOWN OF CAMILLUS, NEW YORK; POLICE CHIEF THOMAS WINN; CAPTAIN JAMES NIGHTINGALE; TOWN SUPERVISOR MARY ANN COOGAN; DAVID CALLAHAN; JOY FLOOD; DICK GRIFFO; STEVEN JAMES; MIKE LaFLAIR; MARY LUBER; and JOHN DOE(S) AND JANE DOE(S), in their individual and official capacities as officials, officers, agents, employees, and/or representatives of the TOWN OF CAMILLUS and/or THE CAMILLUS POLICE DEPARTMENT,

                Defendants.

**CERTIFICATE OF SERVICE**

5:20-cv-01364-MAD-ML

I certify that on the 16th day of December, 2021, a true and correct copy of Defendants' status report was served upon the following Plaintiff via CM/ECF:

    AJ BOSMAN, ESQ.
    Bosman Law, LLC
    3000 McConnellsville Road
    Blossvale, New York 13308
    aj@bosmanlawfirm.com

    *Attorneys for Plaintiff Patricia Arnold*

                                      */s/ Kseniya Premo*
                                      Kseniya Premo (513773)

13489400.1